IN THE UNITED STATED DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HENRIETTA W. CAMPER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a Delaware Corporation doing business in Washington,<br><br>　　　　　　Defendant. | No. 2:23-cv-00638<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On October 23, 2020, Defendant Safeway Inc. was served with a summons (Attachment 1) and complaint (Attachment 2) in an action entitled *Henrietta W. Camper v. Safeway Inc. and J.C. Penney Corporation, Inc.*, King County Superior Court No. 20-2-15498-9-SEA. The first date upon which Safeway Inc. received a copy of this complaint was October 23, 2020.

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6919\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

The complaint does not specify the amount of damages being claimed by the Plaintiff, either as to her claim against Safeway Inc. or as to her claim against J.C. Penney Corporation, Inc. On November 2, 2020, pursuant to RCW 4.28.360, Safeway propounded a request for statement of damages to Plaintiff seeking disclosure of the special and general damages Plaintiff is claiming against Safeway Inc. However, Plaintiff refused to provide a statement of damages, citing a bankruptcy stay relating to Plaintiff's claim against J.C. Penney Corporation, Inc., and did not disclose any damages claimed against Safeway. On the same grounds, Plaintiff also refused to answer Safeway's interrogatories and requests for production which sought information about the personal injury claim Plaintiff has asserted in her complaint.

In January 2023, J.C. Penney Corporation, Inc. gave notice that a bankruptcy court had entered an order which permanently enjoins Plaintiff from asserting a claim against J.C. Penney Corporation, Inc. and that the bankruptcy stay had been lifted. Plaintiff subsequently moved for dismissal of all claims against J.C. Penney Corporation, Inc. On April 4, 2023, the King County Superior Court granted Plaintiff's motion and dismissed all claims against J.C. Penney Corporation, Inc. (Attachment 3)

After receiving notice that the bankruptcy stay had been lifted, Safeway again sought Plaintiff's disclosure of the amount of special and general damages Plaintiff is claiming against Safeway. After an initial response which did not disclose the amount of any of the special or general damages Plaintiff is claiming against Safeway in this matter, Plaintiff on April 21, 2023, provided a supplemental response which identified more than $75,000 in damages that Plaintiff is claiming against Safeway in this matter.

There is complete diversity because the Plaintiff is a resident of the State of Washington and Defendant Safeway Inc. is a corporation organized under the laws of the

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6919\PLEADINGS\removal.notice.fed.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

State of Delaware with its principle place of business in the State of California. (J.C. Penney Corporation, Inc. has been dismissed and is no longer a party.)

This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because it is between citizens of different states and the amount in controversy exceeds $75,000. This claim is removable to federal court by the defendant pursuant to 28 U.S.C. §1441 based on diversity jurisdiction.

Safeway has filed a demand for a jury trial (Attachment 4). A civil case cover sheet is also attached (Attachment 5).

Dated: May 1, 2023.

TURNER KUGLER LAW, PLLC

By: _____s/ John T. Kugler_____
John T. Kugler, WSBA # 19960
Attorney for Defendant Safeway Inc.

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6919\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>:
George A. Thornton
Thornton Mostul PLLC
1000 Second Ave., Ste. 3200
Seattle, WA 98104
gthornton@thorntonmostullaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL TO
FEDERAL COURT - 4
R:\6919\PLEADINGS\removal.notice.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679